1

2                  UNITED STATES DISTRICT COURT

3           FOR THE EASTERN DISTRICT OF WASHINGTON

4
    JASON E. MARRIOTT,
5

6              Plaintiff,                    No.  CV-12-0154-FVS

7    v.
                                            JUDGMENT IN A
8    CAROLYN W. COLVIN,                      CIVIL CASE
     Commissioner of Social Security,
9

10
               Defendant.
11

12      **DECISION BY THE COURT:**

13
        This action came to hearing before the court.  The issues have been heard
14

15   and a decision has been rendered.

16
        **IT IS ORDERED AND ADJUDGED** that:
17

18      Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's
19
     Motion for Summary Judgment is **DENIED**.    Judgment is entered for
20

21   Defendant.
22
        DATED: August 9, 2013
23

24
                                  SEAN F. McAVOY
25                                Clerk of Court

26
                                  By:  *s/Cora Vargas*
27                                     Deputy Clerk
28

29

30   **1 | JUDGMENT IN A CIVIL CASE**